JDPA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 19 AM 11: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| Plaintiff, | ) | '08 MJ 2559 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Javier SALAS-Mata,** | ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **August 17, 2008** within the Southern District of California, defendant, **Javier SALAS-Mata,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **AUGUST, 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

DOA
8/17/08

**CONTINUATION OF COMPLAINT:**
**Javier SALAS-Mata**

## PROBABLE CAUSE STATEMENT

On August 17, 2008, Border Patrol Agent R. Ayon was performing his assigned duties in the Campo Station area of operations. At approximately 1:45 p.m., Border Patrol Dispatch notified Agents of a citizen's report regarding two suspected illegal aliens walking north of an area known as "Miller Creek." This area is frequented by undocumented aliens, attempting to further their illegal entry into the United States and is located approximately twelve miles east of the Tecate, California Port of Entry and approximately fifteen miles north of the United States/Mexico International Border.

Agent Ayon responded to the area and encountered two individuals attempting to conceal themselves in the surrounding brush. Agent Ayon approached the two individuals and identified himself as a United States Border Patrol Agent and began to question each individual as to their immigration status. Both individuals including one later identified as the defendant **Javier SALAS-Mata**, stated that they were citizens and nationals of Mexico without any documents allowing them to enter or remain legally in the United States. At approximately 2:15 p.m., SALAS and the other subject were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 24, 2006** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.